**No. 59871.**—Bel Paese Sales Co., Inc., et al. *v.* United States, protests 259819–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of Feta cheese similar in all material respects to that the subject of *Lekas & Drivas, Inc.* v. *United States* (33 Cust. Ct. 242, C. D. 1660), the claim of the plaintiffs was sustained.

**No. 59872.**—Joseph Fleischer & Company *v.* United States, protest 247208–K (New York).

Opinion by DONLON, J. At the trial, Government counsel conceded that the merchandise in question is similar in all material respects to that involved in *Dorf International, Ltd.* v. *United States* (34 Cust. Ct. 164, C. D. 1699). In view of defendant's concession and following the decision cited, the claim of the plaintiff was sustained.

**No. 59873.**—International Expediters, Inc. *v.* United States, protest 265333–K (San Francisco).

Opinion by DONLON, J. An examination of the record showing no evidence to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.